HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY D. PROFIT, | ) Civil No. 06-3572 JSW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, October 30, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney
```

Dated: September 25, 2006              /s/ _____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney


Dated: September 25, 2006              /s/ _____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        KATHY D. PROFIT

IT IS SO ORDERED.


Dated: September 26, 2006              _____
                                        HON. JEFFREY S. WHITE
                                        United States District Judge

STIPULATION AND ORDER

2