HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY D. PROFIT, | ) Civil No. 06-3572 JSW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, October 30, 2006 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2
3        _____
         KEVIN V. RYAN
         United States Attorney
4
5
6
7   Dated: September 25, 2006        /s/_____
                                     SARA WINSLOW
8                                    Assistant U.S. Attorney
9
10
11
12  Dated: September 25, 2006        /s/_____
                                     HARVEY P. SACKETT
13                                   Attorney for Plaintiff
                                     KATHY D. PROFIT
14
15  IT IS SO ORDERED.
16
17
18  Dated: September 26, 2006        _____
                                     HON. JEFFREY S. WHITE
19                                   United States District Judge
20
21
22
23
24
25
26
27
28

                                2
    STIPULATION AND ORDER