1 | HARVEY P. SACKETT (72488)
2 | SACKETT AND ASSOCIATES
3 | A PROFESSIONAL LAW CORP.
  | 1055 Lincoln Avenue
4 | Post Office Box 5025
  | San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
6 | Facsimile: (408) 295-7444

7 | /as

8 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KATHY D. PROFIT, | ) Civil No. 06-3572 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, December 13, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney
```

Dated: November 20, 2006            /s/ _____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney

Dated: November 20, 2006            /s/ _____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    KATHY D. PROFIT

IT IS SO ORDERED.

Dated: November 21, 2006            _____
                                    HON. JEFFREY S. WHITE
                                    United States District Judge

STIPULATION AND ORDER

2