KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY D. PROFIT, | ) |
| Plaintiff, | ) CIVIL NO.  06-03572 JSW |
| v. | ) STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on January 10, 2007, pursuant to Civil L.R.16-5.  Defendant's response is now due on February 9, 2007.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Dennis J. Hanna.

This is defendant's first request.

Dated: *January 5, 2007*   /s/ *Harvey P. Sackett*
　　　　　　　　　　　　　　(As authorized via Fax on January 5, 2007)
　　　　　　　　　　　　　HARVEY P. SACKETT
　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　JOANN M. SWANSON
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　SARA WINSLOW
　　　　　　　　　　　　　Assistant United States Attorney


Dated: *January 5, 2007*   By: /s/ *Dennis J. Hanna*
　　　　　　　　　　　　　　DENNIS J. HANNA
　　　　　　　　　　　　　　Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:



Dated:  January 5, 2007    _____
　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　United States District Judge