KEVIN V. RYAN, SBN 118321
United States Attorney
LUCILLE GONZALES MEIS
Chief Counsel, Region IX,
Social Security Administration
DENNIS J. HANNA, SBN 184475
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KATHY D. PROFIT, | ) | CIVIL NO. C-06-3572-JSW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER OF REMAND |
| v. | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to hold a supplemental administrative hearing; re-adjudicate the issues noted below; and issue a de novo hearing decision.

Upon remand, the Office of Disability Adjudication and Review will remand this case to a different Administrative Law Judge (ALJ) and direct him or her to evaluate the opinion evidence of Dr. Tsutaoka and the State Agency reviewing physicians, and to give each the appropriate weight, consistent with the relevant Regulations and Social Security Rulings (SSR).  The ALJ will also be directed to re-evaluate the credibility of Plaintiff's subjective complaints in accordance with the relevant Regulations and SSR 96-7p

Dated: _January 19, 2007_     /s/ _Harvey P. Sackett_
                                _(As authorized via e-mail on January 19, 2007)_
                                HARVEY P. SACKETT
                                Attorney for Plaintiff

                                KEVIN V. RYAN
                                United States Attorney

Dated: _January 19, 2007_     By: /s/ _Dennis J. Hanna_
                                DENNIS J. HANNA
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:  January 22, 2007

JEFFREY S. WHITE
United States District Judge